No. 79–1880. LAKE LAWRENCE, INC. v. THURSTON COUNTY ET AL. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 79–1989. CITIZENS PARTY ET AL. v. MANCHIN, SECRETARY OF STATE OF WEST VIRGINIA. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

No. 79–2028. ALDENS, INC. v. TULLY ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 79–2066. BEER ET AL. v. AUSTIN, SECRETARY OF STATE OF MICHIGAN, ET AL. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 79–6281. IN RE ADOPTION OF E. M. A. (DIXON, APPELLANT). Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 79–6825. CATER v. ILLINOIS. Appeal from App. Ct. Ill., 3d Dist., dismissed for want of substantial federal question.

No. 80–21. HEART MINISTRIES, INC., ET AL. v. KANSAS EX REL. O'SULLIVAN, COUNTY ATTORNEY, RENO COUNTY, KANSAS. Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.

No. 80–32. HYNNING v. DUFIEF MORTGAGE, INC., ET AL. Appeal from Cir. Ct. Arlington County, Va., dismissed for want of substantial federal question.